IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| M.Q.T.D, | : |
| Petitioner, | : |
| v. | : Case No. 4:26-cv-128-CDL-ALS |
| Warden, STEWART DETENTION CENTER, *et al.*, | : |
| Respondents. | : |

**ORDER**

On January 22, 2026, Petitioner filed a counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 23rd day of January, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE