IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MINH QUAN TRAN DAO, | * |
| Petitioner, | * |
| v. | Case No.  4:26-cv-128-CDL-AGH |
| | * |
| Warden, STEWART DETENTION CENTER, *et al.*, | * |
| | * |
| Respondents. | * |

_____

**J U D G M E N T**

Pursuant to this Court's Order dated 5/6/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of May, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk